**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00648-CV

**EARLENE AND CHARLES MARTIN, Appellants**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-1201379-A**

## ORDER

This Court will consider only arguments and authorities that are properly raised. *See*

TEX. R. APP. P. 38.3. Appellee's Motion For Leave To File Sur-Reply is hereby DENIED.

/s/     ELIZABETH LANG-MIERS
        JUSTICE